UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 2:18-cr-119-FtM-UACM

MODESTO HUETE-FLORES

**ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 22) to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count One of the Indictment. A sentencing hearing has been scheduled for **January 22, 2019 at 1:30 PM**.

**DONE AND ORDERED** at Fort Myers, Florida, this 31st day of October, 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record